UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEDRO D. NIEBLAS-LOVE; BLANCO'S ENTERPRISES GROUP, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> ILEANA DIAZ; REKHA SHA; JOHN ENGLEBERT; and NEW YORK CITY HOUSING AUTHORITY, <br><br> Defendants. | 23cv10207 (LTS) <br><br> CIVIL JUDGMENT |

For the reasons stated in the May 28, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 28, 2024
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge